NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

(Interference No. 105,642)

## ELIYAHOU HARARI, ROBERT D. NORMAN, and SANJAY MEHROTRA,

*Appellants,*

v.

## ROGER LEE and FERNANDO GONZALEZ,

*Appellees.*

---

2010-1075

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Upon consideration of Eliyahou Harari et al.'s unopposed motions to lift the stay of proceedings and set the briefing schedule,

IT IS ORDERED THAT:

The motions are granted. The stay is lifted. The appellants' initial brief is due within 40 days from the date of filing of this order.

FOR THE COURT

SEP 1 3 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Timothy R. Volpert, Esq.
     Thomas J. D'Amico, Esq.

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 13 2010

JAN HORBALY
CLERK